IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE MARTINEZ,

       Plaintiff,                     No. CIV S-10-0366 GGH P

    vs.

EVERETT W. FISCHER, et al.,

       Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. While plaintiff filed a copy of his prison trust account statement, he did not file an in forma pauperis affidavit. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff is granted twenty-eight days to file his in forma pauperis affidavit.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty-eight days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1      2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
2  In Forma Pauperis By a Prisoner.
3  DATED: March 2, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
mart0366.3a