IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE MARTINEZ,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**E. FISCHER, et al. ,**<br><br>                              Defendants. | No. 2:10-cv-00366 GGH<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SIXTY-DAY EXTENSION OF PRETRIAL MOTION DEADLINE |

   Good cause appearing, the motion of Defendants Fischer and Spalding for a sixty-day extension of the deadline to file pretrial motions is granted and the Scheduling Order is modified as follows:

   All pretrial motions, except motions to compel discovery, shall be filed on or before March 29, 2011.

Dated:  January 27, 2011         /s/ Gregory G. Hollows
                                 United States Magistrate Judge

Mart0366.eot