IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE MARTINEZ,

      Plaintiff,                    No. CIV S-10-0366 GGH P

      vs.

EVERETT W. FISCHER, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment and a motion to stay the case pending new discovery requests. On July 21, 2010, the court issued a discovery order that allowed parties to conduct discovery until November 5, 2010. Plaintiff states that he has filed new discovery requests on March 26, 2011, and April 6, 2011, well after the close of discovery, that were not answered by defendants. Plaintiff's request for a stay is denied as discovery has been closed for nearly six months. However, plaintiff will be granted an extension to reply to the summary judgment motion. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 28, 2011 motion (Docket No. 28) is granted in part in that the motion for a stay is denied but the motion for an extension is granted; and

\\\\

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: May 4, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
mart0366.36